IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LLOYD L. JORDAN | : | Case No. 12-CV-884 |
| Plaintiff, | : | |
| | : | Judge Timothy Black |
| v. | : | |
| | : | **AGREED ENTRY** |
| CITY OF CINCINNATI, et al. | : | **OF DISMISSAL** |
| | : | |
| | : | |
| Defendants. | : | |

This matter is before the Court upon the stipulation of the Plaintiff, Lloyd L. Jordan, and the Defendants, City of Cincinnati, Daniel S. Downing, and Adarryl L. Birch.  The Court being advised that all disputes between the parties have been resolved, all claims in this action are hereby **DISMISSED, WITH PREJUDICE**.  The costs in this matter shall be borne by the Defendants.

                                                    _s/Timothy S. Black_____
                                                    Judge Timothy Black

*/s/ J. Robert Linneman*
J. Robert Linneman (0073846)
Brian P. O'Connor
Santen & Hughes, LPA
600 Vine Street, Suite 2700
Cincinnati, Ohio  45202
(513) 721-4450
jrl@santen-hughes.com
*Counsel for Plaintiff*
*Lloyd L. Jordan*


/s/  Peter S. Stackpole
Peter S. Stackpole
Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Peter.stackpole@cincinnati-oh.gov
*Counsel for Defendants*
*City of Cincinnati, Daniel S. Downing,*
*and Adarryl L. Birch*


/s/  Donald E. Hardin
Donald E. Hardin
Hardin, Lazarus & Lewis, LLC
30 Garfield Place, Suite 915
Cincinnati, Ohio  45202-4322
donhardin@hllmlaw.com
*Special Counsel for Defendants*
*Daniel S. Downing,*
*and Adarryl L. Birch*


524069.1